UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 18 – 035 JLR |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| PATRICK TABLES,, | ) | |
| Defendant. | ) | |

<u>Offenses charged</u> in Indictment:

*Count 1*: Conspiracy to Distribute Controlled Substances, including heroin, methamphetamine, cocaine, and crack cocaine

*Count 2*: Possession of crack cocaine and methamphetamine with intent to distribute, 11/08/17

*Count 5*: Possession of crack cocaine with intent to distribute, 11/16/17

*Count 6*: Possession of crack cocaine with intent to distribute, 11/21/17

<u>Date of Detention Hearing</u>: February 15, 2018.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Indictment charges defendant with four drug offenses, each of which carries a maximum penalty of ten years or more. There is therefore a rebuttable presumption for detention, both for dangerousness and for flight risk

(2) Defendant has presented nothing which effectively rebuts that presumption.

(3) When defendant's storage locker was searched in November, 2017, law enforcement found a large quantity of crack cocaine, and a holster for a pistol.

(4) When defendant was arrested on February 12, 2018, he was found with distribution quantities of crack cocaine and methamphetamine, as well as some cash.

(5) The U.S. Atto4rney alleges that defendant is the right-hand-man of Clyde McKnight, the leader of a drug trafficking organization operating in the Pioneer Square area. (Michael Turner, another defendant before the court in a closely related case, is said to be a third person involved in that organization).

(6) Records indicate this defendant has at least two alias names, and is known by three different dates of birth and five Social Security numbers.

(7) At the time of these alleged offenses, defendant was participating in the Drug Court program in state court, and was living in housing arranged through that program.

(8) The United States Attorney also alleges that defendant posted a video on his Facebook page of a vicious assault he made on a sleeping homeless person in Seattle.

(9) He has a lengthy criminal record, including multiple convictions for assault, controlled substance violations, and other offenses.

It is therefore ORDERED:

1. Defendant shall be detained pending further proceedings and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 15th day of February, 2018.

John L. Weinberg
United States Magistrate Judge