The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>1. PATRICK TABLES, a/k/a "Break Bread,"<br>2. JONATHAN RUSHING,<br>3. MARVIN TRAYLOR,<br><br>Defendants. | CASE NO. CR18-035 JLR<br><br>**ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |

Upon the Motion of the United States of America to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, THE COURT HEREBY ORDERS that all counts of the Indictment in Case CR18-035 JLR against PATRICK TABLES, JONATHAN RUSHING, and MARVIN TRAYLOR, are dismissed without prejudice.

Dated this 28th day of Feb., 2018.

JAMES L. ROBART
United States District Judge

Presented by:
s/S. Kate Vaughan
S. KATE VAUGHAN
Assistant United States Attorney

ORDER TO DISMISS INDICTMENT/TABLES et al- 8

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970